IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILBERTO ERNESTO AGUILAR GONZALEZ,<br><br>　　　　　　Defendant. | 8:25CR129<br><br>ORDER |

      **THIS MATTER** is before the court on the motion of Jerry M. Hug to withdraw as counsel for the defendant, Wilberto Ernesto Aguilar Gonzalez (Filing No. 67). For good cause shown, the motion will be granted. Christopher J. Roth, 1213 Jones Street, Omaha, NE 68102, (712) 310-7859, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. Jerry M. Hug's motion to withdraw (Filing No. 67) is granted.

      Jerry M. Hug shall forthwith provide Christopher J. Roth any discovery materials provided to the defendant by the government and any such other materials obtained by Jerry M. Hug which are material to Wilberto Ernesto Aguilar Gonzalez's defense.

      The clerk shall provide a copy of this order to Christopher J. Roth.

      **IT IS SO ORDERED.**

Dated this 17th day of October, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge